IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELLER, | No. C 05-04316 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 7, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 29, 2006.

DESIGNATION OF EXPERTS: 11/6/06; REBUTTAL: 11/20/06.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 3006.

DISPOSITIVE MOTIONS **SHALL** be filed by October 13, 2006;

Opp. Due October 27, 2006; Reply Due November 3, 2006;

and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 19, 2006 at 3:30 PM.

JURY TRIAL DATE: January 8, 2007 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/1/06

_____
SUSAN ILLSTON
United States District Judge