| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089) |
| | MARY K. PIASTA (SBN 229655) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | 1001 Marshall Street |
| 3 | Redwood City, CA 94063 |
| | Telephone: (650) 364-8200 |
| 4 | Facsimile: (650) 780-1701 |
| | E-mail: pcogan@ropers.com |
| 5 | mpiasta@ropers.com |

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

LAURENCE F. PADWAY (SBN 83914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-0680
Facsimile: (510) 814-0650
E-mail: lp@padway.com

GREGORY ALLEN SILVA (SBN 67543)
512 Wesline Drive, #300
Alameda, CA 94501
Telephone: (510) 865-7350
Facsimile: (510) 865-5754
Email: greg@stonehouseandsilva.com

Attorneys for Plaintiff
LOREEN ZELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOREEN ZELLER, | CASE NO. C 05 4316 SI |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR THE PARTIES TO CONDUCT MEDIATION** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

RC1/403974.1/MKP

STIPULATION EXTENDING TIME FOR
MEDIATION C 05 4316 SI

WHEREAS, the parties were previously ordered to complete mediation by May 29, 2006;

WHEREAS, due to calendar conflicts and the time needed to complete preliminary discovery before mediation, the first available date for the parties to complete mediation was after May 29, 2006 on June 27, 2006;

WHEREAS, currently the parties are scheduled to participate in mediation on June 27, 2006;

IT IS HEREBY STIPULATED BETWEEN THE PARTIES through their respective counsel of record that their time to complete mediation should be extended up to and including June 27, 2006

Dated: May 24, 2006

LAW OFFICES OF LAURENCE F. PADWAY
STONEHOUSE & SILVA

By: _____
LAURENCE F. PADWAY
GREGORY A. SILVA
Attorneys for Plaintiff
LOREEN ZELLER

Dated: May 24, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
MARY K. PIASTA
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

RC1/403974.1/MKP

- 2 -

STIPULATION EXTENDING TIME FOR
MEDIATION C 05 4316 SI

**[Proposed] ORDER**

Good cause appearing therefore IT IS HEREBY ORDERED the parties time to complete mediation is continued up to and including June 27, 2006.

_____
The Honorable Susan Illston
Judge of the District Court